Kristy SCHWADE, Plaintiff–Appellee,

v.

TOTAL PLASTICS, INC., Defendant–Appellant.

No. 12–13388
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 30, 2013.

David D. Dickey, Charles Steven Yerrid, The Yerrid Law Firm, Tampa, FL, Annabel C. Majewski, Roy D. Wasson, Wasson & Associates, Chartered, Miami, FL, for Plaintiff–Appellee.

Florida Supreme Court.

Andrew Froman, Fisher & Phillips, LLP, Peter John Grilli, Peter J. Grilli, PA, Tampa, FL, Michelle Ilene Anderson, Fisher & Phillips, LLP, New Orleans, LA, Joseph W. May, Bacen & Jordan, PA, Davie, FL, for Defendant–Appellant.

Before BARKETT, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Total Plastics, Inc. appeals from the denial of their motion for attorney's fees. Both parties agree that this court must review the district court's order under an abuse of discretion standard. Having reviewed this record and considered the briefs of the parties, we cannot say the district court abused its discretion in denying the motion for attorney's fees.

**AFFIRMED.**